IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENVILLE DIVISION

| | |
|---|---|
| HEATHER FREEMAN BEAN,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA<br><br>　　　Defendant. | Case No. 2:09-CV-0290 |

**STIPULATION OF DISMISSAL**

The parties are agreed and stipulate, as evidenced by the signatures of counsel for all parties below, that all matters in controversy have been resolved by a settlement agreement and this action is voluntarily dismissed, with prejudice, each party to bear its own costs.

　　　　　　　　　　　　　　　　Respectfully submitted this 8th of February, 2013,

　　　　　　　　　　　　　　　　/s/ Nancy B. Pridgen
　　　　　　　　　　　　　　　　Monnolly Pridgen, LLC
　　　　　　　　　　　　　　　　3340 Peachtree Road, Suite 1800
　　　　　　　　　　　　　　　　Atlanta, GA 30326
　　　　　　　　　　　　　　　　404-551-5884
　　　　　　　　　　　　　　　　Fax: 678-812-3654
　　　　　　　　　　　　　　　　nancy@mplaw-llc.com

　　　　　　　　　　　　　　　　/s/ Denise T Stapleton
　　　　　　　　　　　　　　　　Denise T Stapleton
　　　　　　　　　　　　　　　　Terry Terry & Stapleton
　　　　　　　　　　　　　　　　918 W 1st North Street
　　　　　　　　　　　　　　　　P.O. Box 724
　　　　　　　　　　　　　　　　Morristown, TN 37815-0724
　　　　　　　　　　　　　　　　423-586-5800
　　　　　　　　　　　　　　　　Fax: 423-587-4714
　　　　　　　　　　　　　　　　Email: denise@ttands.com